**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FORREST JOHNSON, and | ) | |
| RACHEL JOHNSON individually | ) | |
| and as next friend of Forrest Johnson | ) | 11-cv-1073 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Judge Joan H. Lefkow |
| vs. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| CONSUMER RECOVERY | ) | |
| ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Forrest Johnson and Rachel Johnson, individually and as next friend of Forrest Johnson, and Defendant Consumer Recovery Associates, LLC, hereby stipulate to the dismissal of Plaintiffs' claims against Defendant Consumer Recovery Associates, LLC with prejudice.

Respectfully submitted,

/s/ Cassandra P. Miller            /s/ James K. Schultz

Daniel A. Edelman                  James K. Schultz
Cathleen M. Combs                  Sessions, Fishman, Nathan & Israel, LLP
James O. Latturner                 55 West Monroe
Cassandra P. Miller                Suite 1120
EDELMAN, COMBS, LATTURNER          Chicago, IL  60603
& GOODWIN, LLC                     *(Counsel for Defendant)*
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
*(Counsel for Plaintiff)*

## **CERTIFICATE OF SERVICE**

        I hereby certify that on July 5, 2011, a copy of the within was filed. Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

James K. Schultz (jschultz@sessions-law.biz)
Sessions, Fishman, Nathan & Israel, LLP
55 West Monroe
Suite 1120
Chicago, IL  60603


        /s/ Cassandra P. Miller